Michael J. McQuaid (Bar No. 95871)
Jennifer C. Johnson (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
mmcquaid@carr-mcclellan.com

Attorneys for Creditors
Bank of America, N.A., Dorothy R.
Wurlitzer and Lindsay P. Wurlitzer as
Co-Trustees of the Raymond B.
Wurlitzer Revocable Inter Vivos Trust
dated January 29, 1981

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ALOIS TOTH JR., <br><br> Debtor. | Chapter 13 <br> Case No. 11-49859 EDJ 13 <br> REQUEST FOR SPECIAL NOTICE |

Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys for Bank of America, et al., Creditors in the above-referenced case, hereby requests that they be placed on the master mailing list by the Court, and that copies of all notices which are required to be sent, or that may be sent by the United States Bankruptcy Court, the United States District Court, and by the above-named Debtors, be mailed to:

Michael J. McQuaid, Esq.
Jennifer C. Johnson, Esq.
Carr, McClellan, Ingersoll, Thompson & Horn, Professional Law Corporation
216 Park Road
Burlingame, CA 94010-4206

Dated: September 22, 2011

CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation

By: /s/ Michael McQuaid
Michael J. McQuaid
Attorneys for Creditors,
Bank of America, Dorothy R. Wurlitzer and
Lindsay P. Wirlitzer as Co-Trustees of the
Raymond B. Wurlitzer Revocable Inter Vivos
Trust dated January 29, 1981

Michael J. McQuaid (Bar No. 95871)
Jennifer C. Johnson (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
mmcquaid@carr-mcclellan.com

Attorneys for Creditors
Bank of America, N.A., Dorothy R.
Wurlitzer and Lindsay P. Wurlitzer as
Co-Trustees of the Raymond B.
Wurlitzer Revocable Inter Vivos Trust
dated January 29, 1981

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| LOUIS ALOIS TOTH JR., | Chapter 13 |
|---|---|
| Debtor. | Case No. 11-49859 EDJ 13 |
| | CERTIFICATE OF SERVICE |

    I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

    I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

    I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

    On September 22, 2011, I served the following:

**REQUEST FOR SPECIAL NOTICE**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104 | Martha G. Bronitsky, Trustee<br>P.O. Box 5004<br>Hayward, CA 94540-5004 |

Patrick L. Forte, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Executed on September 22, 2011, at Burlingame, California.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

_____
Shara J. Bajurin