Entered on Docket
October 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 14, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Michael J. McQuaid (Bar No. 95871)
Jennifer C. Johnson (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
mmcquaid@carr-mcclellan.com

Attorneys for Creditors
Bank of America, N.A., Dorothy R.
Wurlitzer and Lindsay P. Wurlitzer as
Co-Trustees of the Raimund B.
Wurlitzer Revocable Inter Vivos Trust
dated January 29, 1981

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOUIS ALOIS TOTH JR., <br><br>  Debtor. | Chapter 13 <br><br> Case No. 11-49859 EDJ 13 <br><br> ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY |

Pursuant to stipulation filed on October 10, 2011 as document #16 by and between Louis Alois Toth, Jr., Debtor ("Debtor"), and Bank of America, N.A., Dorothy R. Wurlitzer, and Lindsay P. Wurlitzer, as Co-Trustees of the Raimund B. Wurlitzer Revocable Inter Vivos Trust, dated January 29, 1981, as amended (collectively, the "Trust") ("Stipulation"), and good cause appearing therefor,

It is hereby ordered that the Stipulation is approved terminating the automatic stay under Bankruptcy Code Section 362 solely to permit the Trust to request that the Superior Court vacate its Default Judgment (date-stamped as entered by the Clerk on September 13, 2011) as it relates to the Debtor only (and not Mr. Kennedy or Home Haven, LLC) in the Unlawful Detainer action filed by the Trust against the Debtor, James John Kennedy and Home Haven, LLC in the Superior Court, County of San Mateo, Case No. CLJ 204490.

**END OF ORDER**

29013-06196\iManage\3908454.1

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Office of the U.S. Trustee<br>1301 Clay Street, Suite 690-N |
| 3 | Oakland, CA 94612 |
| 4 | Martha G. Bronitsky, Trustee<br>P.O. Box 5004 |
| 5 | Hayward, CA 94540−5004 |
| 6 | Anne Shiau, Esq. |
| 7 | Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480 |
| 8 | Oakland, CA 94612−3610 |
| 9 | Jennifer C. Johnson, Esq.<br>Carr, McClellan, Ingersoll, Thompson & Horn |
| 10 | Professional Law Corporation<br>P.O. Box 513 |
| 11 | Burlingame, CA 94011-0513 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

29013-06196\iManage\3908454.1